# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS M. SNEE, A/K/A TOM SNEE,
Appellant,

vs.

PATRICIA AIKEN,
Respondent.

No. 72692

FILED

JUL 05 2017

## ORDER DISMISSING APPEAL

This is a pro se appeal from a jury verdict awarding damages for unjust enrichment. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Respondent has filed a motion to dismiss the appeal on the ground that appellant is being represented by a non-attorney and is thereby perpetrating a fraud upon the court. Appellant has not filed any opposition. Accordingly, we grant the motion to dismiss and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Jerry A. Wiese, District Judge
       Thomas M. Snee
       Patricia Aiken
       Eighth District Court Clerk

17-22101